# ATTACHMENT B

# EXHIBIT A

Ezekiel E. Cortez
CA Bar No. 112808
The Executive Complex
1010 Second Avenue,
Suite 1850, San Diego, CA 92101
Tel (619)237-0309 Fax (619)237-8052
Attorney for Defendant: Edward Showalter

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
THE HONORABLE ANDREW J. GUILFORD

UNITED STATES GOVERNMENT, ) Case No. CR SA 06-0129
Plaintiff, )
) **DECLARATION OF DEFENDANT**
vs. ) **EDWARD SHOWALTER**
EDWARD SHOWALTER, )
Defendant, )

I, Edward Showalter, hereby declare as follows:

1. I am the Defendant in the above-captioned case and do hereby provide this declaration in support of my Defendant's Motion to Withdraw Guilty Plea and hereby adopt and incorporate such by reference;

2. When I was engaged in plea negotiations with the U.S. Attorney's Office through my criminal defense attorney I did not know that the SEC and the FBI had in fact failed to interview a majority of the lenders in this case. Had I known that, I would have never pleaded guilty;

3. Months after I entered my guilty plea, many of the major lenders in my business for the very first time made themselves available for us to interview them and provided information that is helpful to me and exonerates me and directly contradicts the SEC's central allegations

1

against me. Had this newly-available evidence been provided to me earlier, I would never had pleaded guilty;

4. Before I engaged in plea negotiations I was assured by the Government that the SEC had a rock-solid case against me backed up by at least 100 "investors". The SEC publicly added that such was just the "tip of the iceberg." The very Regional Director of the SEC, Randall Lee, publicly said to L.A. Television Channel NBC 4, as much. Without having interviewed the vast majority of the lenders here, Mr. Lee also said of me - "It was clear that he lied to their faces";

5. When I pleaded guilty I also did not know that a majority of lenders in fact never told the SEC or the FBI any such thing. And in fact, even to this day, the Government has not bothered to interview the majority of the lenders. Instead, it is my belief that the SEC relied almost entirely upon the biased and false allegations of a very small group of lenders led by Joe Rybus, whose sworn accusations against me seem to materially vary, depending on his need;

6. In October and early November 2005 the SEC aggressively moved in and basically shut down my business and froze all of my assets leaving me without any means to hire counsel to effectively defend myself. I had to borrow money from friends to provide only the minimum amount and my lawyers had to work for free for some time. When I was told that the Government had a rock-solid case against me and that I would be indicted and put in jail I saw no reasonable alternative but to take the Government at its word that I would be convicted and decided to accept their alleged facts and to plead guilty;

2

7. I am indeed not guilty of having devised any scheme to defraud any of my lenders and respectfully ask that I be allowed my day in court and my Sixth Amendment right to a jury trial on those baseless allegations;

I declare under penalty of perjury that the foregoing is true and correct.

Declarant, *[signature]*

Date: 4/12/07

Edward Showalter

3