# ATTACHMENT D

U.S.A. v. Edward Showalter   -   12/3/2007

Page 1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION OF SANTA ANA

HONORABLE ANDREW J. GUILFORD, JUDGE PRESIDING

UNITED STATES OF AMERICA,              )
                                       )
              Plaintiff,               )
                                       )
       vs.                             ) SACR NO. 06-129-AG
                                       )
EDWARD SHOWALTER,                      )
                                       )
              Defendant.               )
_____)

REPORTER'S TRANSCRIPT OF PROCEEDINGS
SANTA ANA, CALIFORNIA

MONDAY, DECEMBER 3, 2007
2:54 P.M.

PAMELA COTTEN, CSR, RDR, CERTIFICATE NO. 4497
PRO TEM COURT REPORTER
UNITED STATES DISTRICT COURT
411 WEST FOURTH STREET, SUITE 1-053
SANTA ANA, CALIFORNIA 92701
pcotten@earthlink.net

U.A. v. Edward Showalter   -   12/3/2007

Page 2

APPEARANCES OF COUNSEL:

For the United States of America:

    ANDREW STOLPER, ESQ.
    AUSA - Office of the United States Attorney
    411 West Fourth Street Suite 8000
    Santa Ana, California   92701-4599
    (714) 338-3536

For the Defendant Edward Showalter:

    EZEKIEL E. CORTEZ, ESQ.
    Law Offices of Ezekiel E. Cortez
    Suite 1810
    1010 Second Avenue
    San Diego, California   92101
    (619) 237-0309
        AND
    KENNETH M. MILLER, ESQ.
    Bienert & Miller
    115 Avenida Miramar
    San Clemente, California   92672
    (949) 369-3701

Page 3

INDEX

| ARGUMENT BY: | PAGE |
|---|---|
| MR. MILLER | 10, 28 |
| MR. CORTEZ | 25, 47 |
| MR. STOLPER | 18, 30, 53 |

| VICTIM STATEMENT OF: | PAGE |
|---|---|
| ANTHONY JONES | 34 |
| JOHANN LIPPERT & EDEL FRANK | 36 |
| TOM PAINTER | 37 |
| GATINDER PASRICHA | 38 |
| JACK PITT | 39 |
| JOE RYBUS | 40 |
| ANITA TIBAU | 42 |
| RANDY WRIGHT | 45 |

1    me the defendant's position on each of those disputed issues,
2    the first being?
3          MR. MILLER:  Your Honor, our position on these
4    disputed issues is somewhat complex given that we filed a
5    motion to withdraw the guilty plea.  So that our first and
6    a priori position is there is no loss, that there are no
7    victims.
8          The further response is assuming -- the further
9    response that I have, your Honor, is based on the plea
10   agreement that we attempted to withdraw.  The Government has
11   argued the plea agreement taken together with the presentence
12   report support a certain amount of loss and a certain number
13   of victims, basically a 15 million dollar loss and 117
14   victims.  Our position is if you take -- even assuming
15   arguendo you could rely on the plea agreement, which we
16   submit you cannot, if you could that would not support more
17   than ten victims and a loss of one million dollars.
18         THE COURT:  Do you want to explain that?
19         MR. MILLER:  Yes, your Honor.
20         If you look at the plea agreement, the plea
21   agreement says that Mr. Showalter stipulates that there was a
22   minimum loss of one million dollars and that there were at
23   least ten victims.  It does not stipulate to anything more
24   than that.  Beyond that you have to rely on the presentence
25   report.  If you rely on the presentence report, you get to

5       REPORTER'S CERTIFICATE

7      I, Pamela Cotten, a Certified Shorthand Reporter, do
8  hereby certify that the foregoing proceeding was written by
9  me in Stenotype and transcribed into typewriting and that the
10 foregoing is a true and correct copy of my shorthand notes
11 thereof.

14                      PAMELA COTTEN, CSR, RDR

16                      _____

19 Dated:___October 21, 2008____