# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | SACR 06-129-AG | Date | March 21, 2011 |
|---|---|---|---|

Present: The Honorable **Andrew J. Guilford, U.S. District Judge**

Interpreter

| Lisa Bredahl | Not Present | Andrew Stolper |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| EDWARD SHOWALTER | NOT | | X | Dean Steward | NOT | | X |

**Proceedings:**   [IN CHAMBERS]  MOTION FOR DECLARATORY RELIEF PURSUANT TO SANTOBELLO v NEW YORK; BREAK OF PLEA AGREEMENT BY GOVERNMENT

Matter is continued to March 29, 2011 at 10:00 a.m.

                                                                                                    0  :  0

Initials of Deputy Clerk   lmb