# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | SACR 06-129-AG |
| Date | March 30, 2011 |

Present: The Honorable **Andrew J. Guilford, U.S. District Judge**

Interpreter

| Lisa Bredahl | Denise Paddock | Andrew Stolper |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| EDWARD SHOWALTER | X | | X | Dean Steward | X | X | |

**Proceedings:** MOTION FOR DECLARATORY RELIEF PURSUANT TO SANTOBELLO v NEW YORK; BREAK OF PLEA AGREEMENT BY GOVERNMENT

Cause is called for hearing and counsel make their appearances. Matter is argued. The motion is DENIED. Counsel are ordered to discuss a briefing schedule regarding the scope of sentencing.

0 : 50

Initials of Deputy Clerk   jcb