1   Roman E. Darmer (State Bar No. 212578)
    rdarmer@jonesday.com
2   JONES DAY
    3161 Michelson Drive
3   Suite 800
    Irvine, CA  92612
4   Telephone:   (949) 851-3939
    Facsimile:   (949) 553-7539
5
    Attorney for Defendant
6   EDWARD R. SHOWALTER

7

8                   **UNITED STATES DISTRICT COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10

11   UNITED STATES OF AMERICA,          Case No. 8:06-cr-00129-AG

12              Plaintiff,              Assigned for all purposes to
                                        Judge Andrew J. Guilford
13        v.
                                        **DECLARATION OF ROMAN E.**
14   EDWARD R. SHOWALTER,               **DARMER IN SUPPORT OF**
                                        **APPLICATION TO WITHDRAW AS**
15              Defendant.              **COUNSEL OF RECORD FOR**
                                        **DEFENDANT EDWARD**
16                                      **SHOWALTER**

17                                      [Notice of Application and Application to
                                        Withdraw as Counsel; and [Proposed]
18                                      Order filed concurrently herewith]

19

20

21

22

23

24

25

26

27

28

1         I, Roman E. Darmer, declare and state as follows:

2         1.    I am a member of the bar of the State of California in good standing

3   and am admitted to practice before this Court.  On May 16, 2011, I was appointed

4   as CJA counsel of record for defendant Edward Showalter in connection with

5   resentencing proceedings in his case following remand of this case for resentencing

6   by the United States Court of Appeals for the Ninth Circuit.

7         2.    As of December 31, 2011, I voluntarily resigned from the CJA panel

8   for this District and continued this representation on a pro bono basis to ensure

9   continuity of representation.

10        3.    On June 6, 2011, a written agreement with a limited scope of

11  engagement was entered into and signed by Jones Day and Mr. Edward R.

12  Showalter.  As explained to Mr. Showalter and as included in the engagement

13  agreement, the scope of the representation was expressly limited to "the handling of

14  proceedings in the U.S. District Court for the Central District of California" and

15  would "not extend to any other proceedings in any other court."  A true and correct

16  copy of the Engagement Letter is attached hereto as Exhibit 1.

17        4.    Mr. Showalter has been given reasonable advance notice of the intent

18  to withdraw both orally and in writing.  On June 6, 2011, the engagement letter laid

19  out the limited scope of the representation.  On numerous occasions including

20  October 10, 2012, Mr. Showalter was informed by me of my firm's intent to

21  withdraw upon conclusion of the resentencing proceedings in this Court.  On

22  October 12, 2012, I sent Mr. Showalter a letter explaining that my firm would file

23  an application to withdraw as counsel.  A copy of these motion papers will be

24  served on Defendant.

25  ///

26  ///

27

28

IRI-43833v1                                   1                    DECLARATION OF R. DARMER ISO
                                                                   APPLICATION TO WITHDRAW AS COUNSEL

1    5.    Jones Day has met its obligation under the engagement letter by

2 representing Mr. Showalter through the conclusion of the resentencing proceeding

3 in this Court.

4    I declare under penalty of perjury under the laws of the United States that the

5 foregoing is true and correct.

6    Executed this 17th day of October, 2012.

7

8    /s/ *Roman E. Darmer*
     Roman E. Darmer

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IRI-43833v1

DECLARATION OF R. DARMER ISO
APPLICATION TO WITHDRAW AS COUNSEL