① 

January 2, 2013

Clerk of The Court.
Honorable Andrew J. Guilford
United States District Court Judge
411 West fourth street
Santa ANA, CA. 92701

```
RECEIVED
BUT NOT FILED

JAN - 7 2013

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION
BY
```

RE: Access to Legal Documents, Court Order Access to
Legal Documents.  U.S. vs. Edward Shaukofler

```
FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 7 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY
```

ATTN: Honorable Andrew J. Guilford

My previous lawyer Roman Darmer, at
The Law Firm Jones Day had submitted to
this Court an order to be signed, allowing
me to access to my Legal Documents for my
9th Circuit Court of Appeals direct appeal.
I have requested that the Santa ANA Jail
forward to me 10 of the 22 boxes of Legal
Document that I had in my possession at
the Santa ANA Jail for my resentencing.
It is my Legal right and Due process right to
have access to ALL of my Legal Materials
Therefore the B.O.P. Sheridan Federal Prison Camp
or the Santa ANA Jail CANNOT restrict Nor
Deny Me access to my 10 requested Boxes
of Legal Materials and Documents.
I am Kindly requesting under my 5th, 6th,
and 14th Amendment rights to have access to all
of my Legal Documents in The 10 Boxes I am

②

requesting in a timely manner.

Therefore I am kindly requesting that the court send to me a copy of the signed order allowing me access to my 10 boxes of legal Documents during my in custody in the B.O.P. and During my appeal process.

Secondly, I am requesting to know who my appointed legal counsel is, for my 9th circuit appeal process. The 9th circuit stated to me in a document that counsel will be appointed. Therefore I am kindly requesting to know the Name, Address, Telephone number and e-mail address of my appointed legal counsel

Again, it is my 5th, 6th and 14th Amendment right to have appointed counsel during my direct appeal.

My above requests are time Sensitive as my opening appeal brief is due to be filed on February 27, 2013.

I wish to Thank the court for your assistance in my having access to ALL my legal Documents. As stated The B.O.P. can not restrict my access.

Sincerely

Edward Showalter
Reg# 43152 112
Sheridan Federal Prison Camp, Unit #5
P.O. BOX 6000, Sheridan, OR. 97378-6000

Edward Snowgther
Reg# 43152-112
Sheridan Federal Prison Camp
Unit # 5
P.O. Box 6000
Sheridan, OR 97378-6000

SALEM OR 973

04 JAN 2013 PM 11

Legal Mail

Honorable Andrew J. Guilford
United States District Court Judge

<>43152-112<>
Clerk Of Court
411 W 4TH ST
Santa ANA, CA 92701-
United States

CLERK, U.S. DISTRICT COURT
SOUTHERN DIVISION

JAN - 7 20

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

FEDERAL CORRECTIONAL INSTITUTION
27072 BALLSTON ROAD
P.O. BOX 8000
SHERIDAN, OR. 97378-5001
DATE: 1-4-13

"SPECIAL MAIL"

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosed to the above address.